UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| D.F.,<br><br>          Plaintiff,<br><br>    v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>          Defendant. | NO.<br><br>NOTICE OF REMOVAL<br>(DIVERSITY JURISDICTION) |

    Defendant, Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP"), removes this action from the Superior Court of Washington State in and for King County, to the United States District Court for the Western District of Washington, upon the following grounds:

    1.    COP is now the sole defendant in a civil action filed in the Superior Court of Washington in and for King County, styled *D.F. v. Corporation of The President of the Church of Jesus Christ of Latter-day Saints*, No. 06-2-18131-0 KNT (the "State Court Action"). Plaintiff commenced the State Court Action by filing a complaint on June 1, 2006, a copy of which is attached to this Notice. Plaintiff originally named a non-diverse defendant, The Church of Jesus

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

Christ of Latter-day Saints, an unincorporated ecclesiastical organization. On May 22, 2007, the Superior Court dismissed the unincorporated Church, thus creating complete diversity.

2. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 based upon diversity of citizenship. Plaintiff is a resident of King County, Washington. Defendant is a citizen of Utah, incorporated under the laws of Utah, with its principal place of business in Utah.

4. In regard to CR 101(a), COP believes the matter in controversy exceeds $75,000 because plaintiff has claimed general damages of $3.5 million in an interrogatory response.

5. For the Court's convenience, COP notes that plaintiff's allegation that defendant negligently failed to prevent sexual abuse is closely related to the plaintiff's claim in *R.K. v. Corporation of the President of The Church of Jesus Christ of Latter-day Saints*, 04-2338 RSM (W.D. Wash.). *R.K. v. COP* was tried to a jury before Judge Ricardo S. Martinez in October 2006 and is now on appeal. Both cases involve sexual abuse by the same individual during the 1970s. Some legal issues presented by the current case are identical to those Judge Martinez previously addressed in *R. K.*

WHEREFORE, Corporation of the President of The Church of Jesus Christ of Latter-day Saints hereby removes this action from the Superior Court of Washington State in and for King County to the United States District Court for the Western District of Washington at Seattle.

NOTICE OF REMOVAL- 2

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 24th day of May, 2007.

                    **GORDON TILDEN THOMAS & CORDELL LLP**

By /s/ Michael R.
    Charles C. Gordon, WSBA #1773
    Jeffrey I. Tilden, WSBA #12219
    Michael Rosenberger, WSBA #31550
Attorneys for Defendant Corporation of the President
of The Church of Jesus Christ of Latter-day Saints

NOTICE OF REMOVAL- 3

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292