**Donna M Jackson/WAWD/09/USCOURTS**

05/24/2007 04:46 PM

To   "Carol Hudson" <chudson@gordontilden.com>

cc

bcc

Subject   Re: New Case:  D.F. v. COP 

Your case number is:  C07-0801JLR.    Thx!

~Donna Jackson

"Carol Hudson" <chudson@gordontilden.com>

 **"Carol Hudson" <chudson@gordontilden.com>**

05/24/2007 04:00 PM

To   <newcases.seattle@wawd.uscourts.gov>

cc

Subject   New Case:  D.F. v. COP

Attached for filing are PDF copies of:

Civil Cover Sheet
Notice of Removal
Attachment to Notice of Removal (copy of Complaint)

The $350 filing fee will be mailed to the Clerk.

Thank you.

Please note our change of firm name, web address and my new email address:



GORDON TILDEN THOMAS & CORDELL LLP

**Carol Hudson**
*Legal Secretary to*
*William A. Gould*
*Michael Rosenberger*
*Pamela J. DeVet*

chudson@gordontilden.com
www.gordontilden.com

1001 Fourth Avenue
Suite 4000
Seattle, WA 98154-1007

tel: (206) 467-6477
fax: (206) 467-6292


exhibit-complaint.pdf


notice of removal.pdf

civil cover sheet.pdf

Dockets.Justia.com