UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| D.F., <br><br> Plaintiff, <br><br> v. <br><br> CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole. <br><br> Defendant. | NO. C07-0801 JLR <br><br> JURY DEMAND |

COMES NOW Plaintiff D.F. and requests that the above-entitled action be tried before a jury consisting of twelve (12) persons, or the maximum number permissible in the Western District of Washington.

Dated this _____ day of May, 2007.

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By: _____
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Michelle A. Menely, WSBA No. 28353
mmenely@gth-law.com
Co-Counsel for Plaintiff

JURY DEMAND- 1 of 3
[C07-0801 JLR]
(179365 v1.doc)

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

LAW OFFICES OF TIMOTHY D. KOSNOFF


By:_____
    Timothy D. Kosnoff, WSBA No. 16586
    timkosnoff@comcast.net.
    Co-Counsel for Plaintiff

JURY DEMAND- 2 of 3
[C07-0801 JLR]
(179365 v1.doc)

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## CERTIFICATE OF SERVICE

I, Fara Fusaro, do hereby certify under penalty of perjury under the laws of the State of Washington that on 1 of June, 2007, I electronically filed the foregoing JURY DEMAND with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. I further certify that, if applicable, I have served any attorneys of record who are non-CM/ECF participants via facsimile.

Charles C. Gordon
Jeffrey I. Tilden
Michael Rosenberger
GORDON TILDEN THOMAS & CORDELL
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone: (206).467.6477
Fax: (206).467.6292

DATED this 1 day of June, 2007 at Seattle, Washington.

_____
Fara Fusaro, Legal Assistant to
Michelle Menely

JURY DEMAND- 3 of 3
[C07-0801 JLR]
(179365 v1.doc)

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565