```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

        JUN - 1 2007

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

07-CV-00801-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

D.F.,

        Plaintiff,

    v.

THE CORP. OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.,

        Defendant.

CASE NO. C07-801JLR

SHOW CAUSE ORDER

    The court is in receipt of Defendant's notice of removal (Dkt. # 1). Defendant alleges that jurisdiction in this court is proper because the state court dismissed a supposedly non-diverse party, thereby creating complete diversity between the remaining parties. The court orders Defendant to show cause within seven (7) days of the date of this order why the court should not remand the matter for lack of jurisdiction. See Self v. General Motors Corp, 588 F.2d 655, 660 (9th Cir. 1978) ("a suit remain[s] in state court unless a 'voluntary' act of the plaintiff brings about a change that renders the case removable"). If Defendant fails to respond to this order, the court will remand the action to state court. If Plaintiff has a

ORDER

1 | response to Defendant's submission, such response shall be filed and served within seven (7)
2 | days of the date of Defendant's submission.
3 |     Dated this 1st day of June, 2006.

JAMES L. ROBART
United States District Judge

26 | ORDER