UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| D.F., <br><br> Plaintiff, <br><br> v. <br><br> CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, <br><br> Defendant. | NO. C07-0801 JLR <br><br> DECLARATION OF MICHAEL ROSENBERGER IN SUPPORT OF COP'S MEMORANDUM IN RESPONSE TO ORDER TO SHOW CAUSE |

I, Michael Rosenberger, declare as follows:

1. I am one of the attorneys representing Corporation of the President of the Church of Jesus Christ of Latter-day Saints ("COP") in this matter. I make this declaration based upon personal knowledge.

2. Attached as Exhibits 1 and 2 are true and accurate copies of, respectively, the Declaration of Paul Rytting and the Second Rytting Declaration, filed in Superior Court in support of COP's Motion to Dismiss in this case.

3. Attached as Exhibit 3 is a true and accurate copy of COP's Motion to Dismiss, filed in Superior Court in this case.

DECLARATION OF MICHAEL ROSENBERGER IN SUPPORT OF COP'S MEMORANDUM IN RESPONSE TO ORDER TO SHOW CAUSE - 1

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

4. Attached as Exhibit 4 is a true and accurate copy of COP's Motion for Reconsideration, filed in Superior Court in this case.

5. Attached as Exhibit 5 is a true and accurate copy of Judge Inveen's Order granting COP's Motion for Reconsideration and dismissing the Mormon Church.

6. Attached as Exhibit 6 is a true and accurate copy of the Special Verdict Form in a case tried by plaintiff's counsel against COP in November 2005, *Jane Doe v. Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, et al.*

7. Attached as Exhibit 7 is a true and accurate copy of COP's Motion to Dismiss The Church of Jesus Christ of Latter-day Saints ("the Church"), filed in *Rinde v. COP* in Superior Court.

8. Attached as Exhibit 8 is a true and accurate copy of Judge Downing's Order in *Rinde v. COP* granting COP's Motion to Dismiss the Church, which Order granted plaintiff leave to file a motion to amend to attempt to add another non-diverse defendant, Gordon Conger.

9. Attached as Exhibit 9 is a true and accurate copy of Judge Downing's order denying Mr. Rinde's motion to add Mr. Conger as a defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of June, 2007, at Seattle, Washington.

_____
Michael Rosenberger, WSBA #17730

DECLARATION OF MICHAEL ROSENBERGER IN
SUPPORT OF COP'S MEMORANDUM IN RESPONSE TO
ORDER TO SHOW CAUSE - 2

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Timothy D. Kosnoff
timkosnoff@comcast.net

Michelle A. Menely
mmenely@gth-law.com

Michael T. Pfau
mpfau@gth-law.com

DATED this 15th day of June, 2007.

GORDON TILDEN THOMAS & CORDELL LLP

By /s/ Michael Rosenberger
Michael Rosenberger, WSBA #17730
Attorneys for Defendants Corporation of the President of the Church of Jesus Christ of Latter-Day Saints

DECLARATION OF MICHAEL ROSENBERGER IN SUPPORT OF COP'S MEMORANDUM IN RESPONSE TO ORDER TO SHOW CAUSE - 3

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292