

EXHIBIT 1
Page 4

Dockets.Justia.com

The Honorable Laura C. Inveen

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| D.F.,<br><br>Plaintiff,<br><br>v.<br><br>THE CORPORATION OF THE PRESDIENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; LDS SOCIAL SERVICES a/k/a LDS FAMILY SERVICES, a Utah corporation; and the "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an unincorporated association,<br><br>Defendants. | NO. 06-2-18131-0 KNT<br><br>DECLARATION OF PAUL D. RYTTING IN SUPPORT OF DEFENDANT CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT |

I, Paul D. Rytting, declare as follows:

1. My name is Paul D. Rytting. I am over the age of eighteen and I make these statements based upon personal knowledge.

2. I have been a member of the Church of Jesus Christ of Latter-Day Saints ("the Church") all of my life. I currently function as the Risk Manager for the Corporation of the President of the Church of Jesus Christ of Latter-Day Saints ("COP") and am familiar with the

EXHIBIT 1
Page 5

DECLARATION OF PAUL D. RYTTING IN SUPPORT OF
DEFENDANT CORPORATION OF THE PRESIDENT OF THE
CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS
MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT
- 1

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

legal organization of COP and the Church. I have worked in similar or related positions for fifteen years.

3.   For approximately 75 years, COP has been incorporated as a corporation sole under Utah law. COP has its headquarters in Salt Lake City, Utah. It hires and pays employees, owns significant assets and carries out church business.

4.   The Church, in contrast, exists solely as an ecclesiastical organization. In its unincorporated form, the Church holds no assets or property. It does no business in any state, nor is it registered to do so. The Church has no employees, and has no money from which to pay salaries. The Church has no asserts or property from which a judgment can be satisfied.

5.   The Church has more than 27,000 congregations. There are 12.6 million members worldwide, with 245,665 in the State of Washington as of December 31, 2005.

6.   The Church has no corporate identity and no articles of association, bylaws, or rules governing its legal existence. Instead, the Church is organized and governed by scripture, by modern revelation, and by ecclesiastical doctrines and believes of the Church.

7.   Under Church doctrine, the Church functions as the Kingdom of God on earth. From time to time, the president or other "general authorities" of the Church provides spiritual and doctrinal guidance to local Church leaders and to the general membership. Local Church leaders also perform functions similar to those performed at other religious organizations, including blessings, baptisms, confirmations, ordinations, and the calling of members to serve in

///

///

///

EXHIBIT 1
Page 6

DECLARATION OF PAUL D. RYTTING IN SUPPORT OF
DEFENDANT CORPORATION OF THE PRESIDENT OF THE
CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS'
MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT
- 2

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

volunteer ecclesiastical positions.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED at Salt Lake City, Utah, this 2nd day of JAN., 2007.

_____
PAUL D. RYTTING

DATED this _____ day of _____, 2006.

**GORDON MURRAY TILDEN LLP**

By_____
   Charles C. Gordon, WSBA #1773
   Jeffrey I. Tilden, WSBA #12219
   Attorneys for Defendants
The Corporation of the President of the Church of Jesus Christ of Latter-Day Saints

EXHIBIT 1
Page 7

DECLARATION OF PAUL D. RYTTING IN SUPPORT OF DEFENDANT CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT - 3

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292