

EXHIBIT 6
Page 42

Dockets.Justia.com

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

"JANE DOE" (a pseudonym), and MICHAEL F. OSBORNE, on behalf of "REBECCA DOE" (a pseudonym), a minor,

Plaintiffs,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF LATTER-DAY SAINTS, a UTAH CORPORATION SOLE aka the "MORMON CHURCH" and "JOHN ROE" (a pseudonym),

Defendants.

NO. 02-2-04105-1 KNT

**Special Verdict Form**

We, the jury, answer the questions submitted by the Court as follows:

**QUESTION 1:** Did Peter Taylor intentionally cause injury or damage to the Jessica Cavalieri before the 1994/1995 meeting with Bishop Hatch?

Answer: Yes ✓    No ____

EXHIBIT 6
Page 43

**QUESTION 2:** Did any of the following intentionally cause injury or damage to the plaintiffs as a result of or after the 1994/1995 meeting with Bishop Hatch?

Answer:      Yes      No

A. Peter Taylor                    ✓    ____

B. The Mormon Church (COP)         ✓    ____

**QUESTION 3:** If you answered "Yes" to Question 2B above do you find that Jessica Cavalieri's injuries are indivisible and that the Defendant Mormon Church has not met its burden of segregating those injuries intentionally caused by Peter Taylor before the 1994/1995 meeting with Bishop Hatch from the injuries caused on or after the 1994/1995 meeting with Bishop Hatch?

Answer:      Yes      No
              ✓      ____

**QUESTION 4:** If you answered Question 1 and/or Question 2 "Yes" as to Mr. Taylor, what is the total amount of damages as to Jessica Cavalieri based on the intentional conduct of Mr. Taylor?

ANSWER: $1,200,000

EXHIBIT 6
Page 44

QUESTION 5: If you answered Question No. 2 "Yes" as to the Mormon Church for intentional conduct occurring on or after the 1994/1995 meeting with Bishop Hatch what are the total amount of damages based on the intentional conduct of Defendant Mormon Church as to Jessica Cavalieri taking in to account your answer to Question 3 above?

ANSWER:

The Mormon Church (COP) $ 1,100,000

QUESTION 6: Did Peter Taylor and Defendant Mormon Church intentionally cause injury or damage to Ashley Cavalieri based on intentional conduct?

|  | Answer: | Yes | No |
|---|---|---|---|
| A. Peter Taylor |  | ✓ |  |
| B. The Mormon Church (COP) |  |  | ✓ |

QUESTION 7: If you answered Question No. 6 "Yes" what are Ashley Cavalieri's total damages based on the intentional conduct of defendants?

ANSWER:

A. Peter Taylor          $ 530,000

B. The Mormon Church (COP)   $ 0

EXHIBIT 6
Page 45

**QUESTION 8:** Were any of the following negligent?

| ANSWER: | Yes | No |
|---|---|---|
| A. The Mormon Church (COP) | ✓ | |
| B. Diane Osborne | ✓ | |

**QUESTION 9:** Was the negligence a proximate cause of injury and damage to the Plaintiffs? Answer "Yes" or "No" after the name of each entity or person you found negligent in Question No. 8.

| ANSWER: | Yes | No |
|---|---|---|
| A. The Mormon Church (COP) | ✓ | |
| B. Diane Osborne | ✓ | |

**QUESTION 10:** Assume that 100% represents the total combined fault which proximately caused the plaintiffs' injuries. What percentage of this 100% is attributable to each of the following whose fault you have found to have been a proximate cause of the injury to the plaintiffs? (Your total must equal 100%)

A. The Mormon Church (COP)    88 %

B. Diane Osborne    12 %

EXHIBIT 6
Page 46

**QUESTION 11**  If you answered Question No. 9 "Yes" what are Jessica Cavalieri's total damages based on the negligent conduct of defendants?

ANSWER:

A. The Mormon Church       $ 880,000

B. Dianne Osborne          $ 120,000

**QUESTION 12**  If you answered Question No. 9 "Yes" what are Ashley Cavalieri's total damages based on the negligent conduct of defendants?

ANSWER:

A. The Mormon Church       $ 522,000

B. Dianne Osborne          $ 70,000

[INSTRUCTION: Sign this verdict form and notify the bailiff.]

DATE: 11/18/05                    _____
                                    Presiding Juror

EXHIBIT 6
Page 47