

EXHIBIT 8
Page 64

Dockets.Justia.com

RECEIVED

FEB 16 2007

GORDON MURRAY TILDEN L

The Honorable William L. Downing

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR.,<br><br>Plaintiff,<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; and the "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an unincorporated association,<br><br>Defendants. | NO. 06-2-09825-1 SEA<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT |

THIS MATTER was brought before the Court upon the motion of defendant Corporation of the President of the Church of Jesus Christ of Latter-Day Saints ("COP") to dismiss and/or for summary judgment seeking dismissal of defendant The Church of Jesus Christ of Latter-day Saints ("the Church"). The Court heard the arguments of counsel on February 9, 2007, and has considered the following submissions:

1.     COP's Motion to Dismiss;

ORDER - 1

EXHIBIT 8
Page 65

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292


2. Declaration of Michael Rosenberger and attached exhibits;

3. Declaration of Paul Rytting;

4. Plaintiff's Opposition Brief;

5. COP's Reply Brief;

6. Plaintiff's Memorandum in Opposition;

7. Declaration of Michelle A. Menely;

8. Reply Brief in Support of Motion to Dismiss; and

9. Second Declaration of Paul Rytting.

Based upon the foregoing, it is hereby:

ORDERED that the motion is GRANTED, subject to the following provisos.

First, to allow plaintiff the opportunity to move to amend the complaint to name Gordon Conger as a party defendant, the case shall not be removed to federal court until after the Motion to Amend is filed and ruled upon; provided, however, the defendant shall have the right to remove if no ruling is issued on or before March 19, 2007. Plaintiff shall file the Motion to Amend no later than 14 days after the date of the hearing, e.g., by no later than February 23, 2007 and plaintiff shall note the motion for hearing, without oral argument, for six (6) court days after filing, and in no event later than March 5, 2007.

Second, in granting the motion, the Court specifically notes and rules as follows:

1. The Mormon Church, itself, is dismissed as a defendant. However, any person who would otherwise be an agent of the Church is an agent of COP.

2. The Court will be liberal in considering statements and admission by agents of the Church as statements and admissions against COP;

ORDER - 2

EXHIBIT 8
Page 66

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

3. Any agent of the Church is an agent of COP for both liability and evidentiary purposes.

4. The Mormon Church will not be an "empty chair" entity in this case.

DATED this 13th day of Feb., 2007.

/s/ *William L. Downing*
The Honorable William L. Downing

Presented By:

GORDON MURRAY TILDEN

By *[signature]*
Michael Rosenberger, WSBA No. 17730
Attorneys for Defendant

Approved as to form:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By *[signature]*
Michael T. Pfau, WSBA No. 24649
Michelle A. Menely, WSBA No. 28353
Co-Counsel for Plaintiff

LAW OFFICES OF TIMOTHY D. KOSNOFF

By *[signature]*
per Timothy D. Kosnoff, WSBA No. 16586
Co-Counsel for Plaintiff

ORDER - 3

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

EXHIBIT 8
Page 67