# EXHIBIT 9

EXHIBIT 9
Page 68

Dockets.Justia.com

RECEIVED
MAR 07 2007
GORDON MURRAY TILDEN LLP

cc: V. Keefe
J. Leed
K. Austin
CCG
JIT
MK

The Honorable William L. Downing

## SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR KING COUNTY

| | |
|---|---|
| ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; a/k/a the "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an unincorporated association, <br><br> Defendants. | NO. 06-2-09825-1 SEA <br><br> [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT |

THIS MATTER came before the Court on the Plaintiff's Motion to Amend the Complaint to add several causes of action against Gordon Conger. The Court has considered plaintiff's motion, the Declaration of Michelle A. Menely and attached exhibits, defendant's opposition to the motion, the Declaration of Michael Rosenberger and attached exhibits and plaintiff's reply.

Having considered the parties' submissions, the Court hereby denies the motion. While motions to amend are usually freely given, a trial court appropriately denies a motion to amend

ORDER - 1

EXHIBIT 9
Page 69

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

when a claim is without merit. To the extent plaintiff has any claims against Mr. Conger based upon his conduct in 1984 or 1985, they accrued at that time and the statute of limitations began to run when plaintiff turned 18 in 1987. They are now time-barred, and thus plaintiff's motion must be denied.

DATED this 5 day of March, 2007.

_____
The Honorable William L. Downing

Presented by:

**GORDON MURRAY TILDEN LLP**

By _____
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
Attorneys for Defendant

ORDER - 2

EXHIBIT 9
Page 70

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292