UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

D.F.,

                    Plaintiff,                         NO. C07-801JLR

v.                                                     ORDER OF DISMISSAL

THE CORP. OF THE PRESIDENT OF THE
CHURCH OF JESUS CHRIST OF LATTER-
DAY SAINTS,

                    Defendant.

        The court having been notified of the settlement of this matter and it appearing that

no issue remains for the court's determination,

        IT IS ORDERED that this action and all claims asserted herein are DISMISSED with

prejudice and without costs to any party.

        In the event settlement is not perfected, any party may move to reopen the case,

provided such motion is filed within **60** days of the date of this order.  Any trial date and

pretrial dates previously set are hereby VACATED.

        DATED this 19th day of June, 2007.


                                                    _____
                                                    JAMES L. ROBART
                                                    United States District Judge

ORDER  OF DISMISSAL